STATE of Missouri, Respondent,

v.

George Michael WOLFE, Appellant.

No. WD 45364.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

W. Michael Hamilton, Dist. Public Defender, for appellant.

Cinda J. Eichler, Asst. Pros. Atty., for respondent.

Before LOWENSTEIN, P.J., and
KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and from sentence of fifteen days' confinement.

Judgment affirmed. Rule 30.25(b).